UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JULIUS BRADFORD,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>JOSHUA D OWENS,<br><br>　　　　　Defendant | Case No.  2:20-cv-00791-GMN-BNW<br><br>ORDER |

**I.   DISCUSSION**

Plaintiff previously filed an application to proceed *in forma pauperis* and submitted a civil rights complaint under 42 U.S.C. § 1983. (ECF Nos. 1, 1-1.)  Plaintiff now files a motion to withdraw his application to proceed *in forma pauperis* and his civil rights complaint. (ECF No. 3.)  Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Fed. R. Civ. P. 41(a)(1)(A)(i).  The Court grants Plaintiff's motion to voluntarily dismiss this action because no responsive pleading has been filed in this case.  As such, the Court dismisses this action without prejudice.

**II.   CONCLUSION**

For the foregoing reasons, it is ordered that Plaintiff's motion to withdraw his application to proceed *in forma pauperis* and dismiss this action (ECF No. 3) is granted. Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is denied.

It is further ordered that this action is dismissed in its entirety without prejudice.

It is further ordered that the Clerk of the Court will enter judgment accordingly.

DATED THIS  18  day of August 2020.

_____
Gloria M. Navarro, Judge
United States District Court